**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       In the Interest of J.C.H.

Appellate case number:    01-11-00704-CV

Trial court case number:  1998-23370

Trial court:                        309th District Court of Harris County

On August 26, 2013, the Court issued an order continuing abatement of this case for further proceedings in the trial court. Specifically, the Court ordered the trial court to appoint counsel, in writing and separate from any docket sheet notations, to represent appellant, B.H., within 10 days of the date of the Court's order. The Court also ordered the District Clerk to file with this Court, within 10 days of the date of the order and at no cost to appellant, a clerk's record containing the trial court's order appointing counsel to represent appellant. On September 12, 2013, the District Clerk filed a supplemental clerk's record containing the trial court's order appointing counsel to represent appellant. Accordingly, we REINSTATE this case on the Court's active docket.

Appellant's brief is **ORDERED** filed with this Court within 20 days after the supplemental clerk's record was filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 20 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Laura Higley
                                ☒ Acting individually      ☐ Acting for the Court

Date:  September 16, 2013